# John SCORSONE and Vincenza Scorsone, Petitioners,

v.

# LAFARGE CORPORATION, Respondent.

Supreme Court of Pennsylvania.

Jan. 6, 1999.

### ORDER

PER CURIAM:

AND NOW, this 6th day of January, 1999, the Petition for Allowance of Appeal is hereby GRANTED, the decision of the Superior Court is REVERSED, and the matter is REMANDED to the trial court for proceed-

ings consistent with *Shick v. Shirey*, 552 Pa. 590, 716 A.2d 1231 (1998).